IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
K. MATTHEWS,                  )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )       2:11cv1085-MHT
                              )            (WO)
CLEMMIE L. PALMER, M.D.,      )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that defendant Clemmie L. Palmer's motion to continue (doc. no. 46) is denied.

***

Defendant Palmer contends that all dispositive motions were not due until October 31, 2012, and that he intended to file one by then. However, § 2 of the Uniform Scheduling Order issued by this court (doc. no. 15) required that dispositive motions be filed by no later than August 15, 2012, which has long since passed.

As such, Palmer does not present a sufficient ground for granting his motion to continue.

DONE, this the 1st day of November, 2012.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE